# Third District Court of Appeal

## State of Florida

Opinion filed February 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2291
Lower Tribunal Nos. F94-38169B & F94-38457B

_____

**Torin Robinson,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea Wolfson, Judge.

Torin Robinson, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and EMAS and LOGUE, JJ.

PER CURIAM.

Affirmed.